# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| In Re: | : |
| | : Case No. 11-10200-RGM |
| MS GRAND, INC. | : Chapter 7 |
| | : |
| Debtor. | : |
| | : |
| RAYMOND A. YANCEY, | : |
| Chapter 7 Trustee for MS Grand, Inc. | : |
| And its bankruptcy estate, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| Home Depot U.S.A., Inc., | : Adv. Pro. No. 12-01475-RGM |
| | : |
| Defendant. | : |

## ORDER (I) CONTINUING PRE-TRIAL FOR STATUS; (II) ESTABLISHING A DEADLINE TO REQUEST A JURY TRIAL; AND (III) REQUIRING THE PARTIES TO FILE A NOTICE INDICATING WHETHER THEY CONSENT TO THE ENTRY OF FINAL ORDERS BY THE BANKRUPTCY JUDGE

This matter came before the Court for a status conference on July 9, 2013, at which time Raymond A. Yancey, the Chapter 7 Trustee (the "Trustee") for the estate of MS Grand, Inc., and Home Depot U.S.A., Inc. ("Home Depot" and together with the Trustee, the "Parties"), by their respective counsel, requested that the Court continue the status conference; after hearing argument

---

WHITEFORD, TAYLOR & PRESTON, LLP
Bradford F. Englander, VSB# 36221
Christopher A. Jones, VSB# 40064
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
(703) 280-9260 (tel)
(703) 280-3370 (fax)

*Special Counsel for the Raymond A. Yancey, Chapter 7 Trustee*

of counsel for the Parties and for the reasons stated on the record at the hearing, the Court hereby ORDERS:

1. **Continuation of Status Conference.**  A status conference (the "Conference") shall be held on September 17, 2013 at 11:30 a.m. in Judge Robert G. Mayer's Courtroom, 200 South Washington Street, 2nd Floor, Alexandria, Virginia 22314.  The Conference shall be for scheduling purposes only.  All discovery shall be stayed until at least when the Conference is convened on September 17, 2013.

2. **Request for Jury Trial and Consent to Entry of Final Orders by the Bankruptcy Judge.**  Any Party who demands a jury trial shall serve and file such demand on or before July 23, 2013.  Failure to make demand for a jury trial by such date shall be deemed a waiver of the right to a jury trial, and the Parties who do not make timely demand shall be barred from demanding a jury trial.  On or before July 23, 2013, the Parties shall each file with the Court a notice indicating whether they consent to the entry of final orders by the Bankruptcy Judge.  The failure to file such notice in compliance with the terms of this paragraph shall be deemed to constitute consent to the entry of final orders by the Bankruptcy Judge in this Adversary Proceeding.

Dated: July _____, 2013
Aug 1 2013

/s/ Robert G. Mayer
_____
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:8/1/2013 sas

2

**WE ASK FOR THIS**:

*/s/ Christopher A. Jones*
WHITEFORD, TAYLOR & PRESTON L.L.P.
Bradford F. Englander (VSB #36221)
Christopher A. Jones (VSB #40064)
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
(703) 280-9081
(703) 280-3370 (facsimile)
E-mail: benglander@wtplaw.com

*Special Counsel for Raymond A. Yancey, Chapter 7 Trustee*

**SEEN AND AGREED**:

*s/ Robert S. Westermann*
HIRSCHLER FLEISCHER, P.C.
Robert S. Westermann (VSB #43294)
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
(804) 771-9500
(804) 644-0957 (facsimile)
E-mail: rwestermann@hf-law.com

*Counsel for Home Depot U.S.A., Inc.*

**Local Rule 9022-1 Certification**

I hereby certify that that a copy of the proposed order has been served upon all necessary parties.

/s/  Christopher A. Jones
Counsel

*2057749*